UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM DENLINGER,

                   Plaintiff,                        Case No. 2:24-cv-10452

v.                                         Honorable Susan K. DeClercq
                                              United States District Judge

DAVID RIOS, *et al.*,

                                     Honorable David R. Grand
           Defendants.          United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 17)
AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
(ECF No. 15)**

On November 8, 2024, Magistrate Judge David R Grand issued a report recommending that this Court deny Plaintiff's Motion for Default Judgment. ECF No. 17. Judge Grand provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 17, is **ADOPTED**. Further, it is **ORDERED** that Plaintiff's Motion for Default Judgment, ECF No. 15, is **DENIED**.

                                           */s/Susan K. DeClercq*
                                           SUSAN K. DeCLERCQ

Dated: 12/4/2024                              United States District Judge